FILED

04/14/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0103

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0103

IN THE MATTER OF

M.K.,

A Youth in Need of Care.

**ORDER**

Upon consideration of Appellant's motion for extension of time, and good cause appearing

IT IS HEREBY ORDERED that Appellant is granted an extension of time until May 26, 2023, to prepare, file, and serve the Opening Brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 14 2023